UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

LEONARD SWINTON,

              Plaintiff,    :   11 Civ. 1176 (PAC)(HBP)

  -against-                :   REPORT AND
                                       RECOMMENDATION
POLICE OFFICER MCDOUGAL, et al.,  :

              Defendants.    :

------------------------------------X

[Handwritten endorsement, January 10, 2012: "No objections have been filed to this report. The Court has reviewed it; Magistrate Judge Pitman's report is thorough, complete and correct. The Court adopts it in its entirety. The plaintiff's complaint is dismissed. The Clerk of the Court is directed to enter judgment and close this case. Pursuant to 28 USC §1915(a), the Court finds that any appeal from this order would not be taken in good faith. So ordered. Paul Crotty, USDJ. Copies mailed by Chambers"]

        PITMAN, United States Magistrate Judge:

        TO THE HONORABLE PAUL A. CROTTY, United States District
Judge,

        This is a Section 1983 action brought by a now-released prisoner, alleging a false arrest by officers of the New York City Police Department. Plaintiff commenced this action on or about February 14, 2011. At the time the action was commenced, plaintiff was in the custody of the New York State Department of Correctional Services ("DOCS"). According to the DOCS website, plaintiff was released from custody in April 2011, having completed the service of his sentence. Plaintiff was not released to parole supervision; rather, he was released without any condition or supervision.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1-16-12]

[Stamp: MEMO ENDORSED]